UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,    Case No. 24-5708

    v.

JOSHUA LOHDEN,

    Defendant – Appellant.
_____/

## MOTION TO EXTEND TIME TO FILE OPENING BRIEF

Appellant Joshua Lohden asks for a 30-day extension of time to file his opening brief, until December 18, 2024, for the following reasons:

(1)    This is Lohden's direct appeal from his sentence, following a guilty plea, to 22 years of imprisonment.

(2)    Lohden's opening brief is currently due November 18, 2024.

(3)    This is counsel's first motion to extend time.

(4)    Despite significant efforts over the past two months, counsel had difficulty arranging a telephone meeting with Lohden because Hurricane Helene damaged his facility, FCI Edgefield, in South Carolina, and left it operating with limited staff and on generator power. The facility also experienced lockdowns during this time. Counsel finally

1

spoke to Lohden today, and he may voluntarily dismiss this appeal. However, additional time is needed to obtain the necessary affidavit confirming whether Lohden intends to proceed with this appeal.

Lohden thus asks for a 30-day extension of the deadline for his opening brief, until December 18, 2024.

Respectfully submitted,

/s/ Benton C. Martin
Federal Community Defender
613 Abbott St., Suite 500
Detroit, Michigan 48226
(313) 967-5832

Date: November 13, 2024

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,    Case No. 24-5708

    v.

JOSHUA LOHDEN,

    Defendant – Appellant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all persons of records.

    s/ Benton C. Martin
    Federal Defender Office