UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

      Plaintiff – Appellee,      Case No. 24-5708

      v.

JOSHUA LOHDEN,

      Defendant – Appellant.
_____/

# THIRD MOTION TO EXTEND TIME TO FILE OPENING BRIEF

Appellant Joshua Lohden asks for a 30-day extension of time to file his opening brief, until February 21, 2025, for the following reasons:

(1) This is Lohden's direct appeal from his sentence, following a guilty plea, to 22 years of imprisonment.

(2) Lohden's opening brief is currently due January 21, 2025.

(3) This is counsel's third motion to extend time.

(4) Counsel was initially delayed in speaking with Lohden because Hurricane Helene damaged his facility, FCI Edgefield, in South Carolina, and left it operating with limited staff and on generator power.

Counsel spoke to Lohden in mid-November, and he indicated a desire to voluntarily dismiss this appeal.

(5) Counsel promptly mailed Lohden an affidavit to dismiss the appeal, but it has not yet been returned. This extension will allow time to receive the affidavit to confirm whether Lohden wishes to proceed with this appeal.

(6) Further, the courthouse for the Eastern District of Michigan, and consequently defense counsel's office, has been closed January 21 and 22, 2025, because of extreme cold winter weather in the area. This has resulted in additional delay in expediting completion of the affidavit.

Lohden thus asks for a 30-day extension of the deadline for his opening brief, until February 21, 2025.

Respectfully submitted,

/s/ Benton C. Martin
Federal Community Defender
613 Abbott St., Suite 500
Detroit, Michigan 48226
(313) 967-5832

Date: January 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,    Case No. 24-5708

    v.

JOSHUA LOHDEN,

    Defendant – Appellant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all persons of records.

    s/ Benton C. Martin
    Federal Defender Office